IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3059 |
| | ) | 8:06CR181 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MAURICIO LUNA-ARANDA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's sentencing in Case No. 4:06CR3059 and the hearing on the merits of the revocation petition in Case No. 8:06CR181 is continued to Tuesday, September 19, 2006, at 12:00 noon, before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

July 10, 2006.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge