IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3059 |
| | ) | |
| v. | ) | |
| | ) | |
| MAURICIO LUNA-ARANDA, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the memorandum and order entered this date,

IT IS ORDERED that judgment is entered for the United States and against Mauricio Luna-Aranda providing that the defendant shall take nothing and his 2255 motion (filing 58) is denied with prejudice.

DATED this 7th day of March, 2008.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge